**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 23-7172**

───────────────

TITO LEMONT KNOX, a/k/a Geraldine Knox, a/k/a Nicklos J. Watts,

        Plaintiff - Appellant,

    v.

HENRY HERLONG, JR., District Court Judge; DONALD C. COGGINS, JR., District Court Judge; GREENVILLE COUNTY POLICE COMMISSIONER; DR. E. TYNER, Psychologist,

        Defendants - Appellees.

───────────────

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Timothy M. Cain, District Judge.  (0:23-cv-03697-TMC)

───────────────

Submitted:  March 28, 2024                  Decided:  April 2, 2024

───────────────

Before KING and RUSHING, Circuit Judges, and MOTZ, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Tito Lemont Knox, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tito Lemont Knox appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice Knox's 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Knox v. Herlong*, No. 0:23-cv-03697-TMC (D.S.C. Nov. 8, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*